ORDERED.

**Dated:  June 18, 2026**

Luis E. Rivera II
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**
www.flmb.uscourts.gov

-----------------------------------------------------------x
|  |  |
|---|---|
| In re: | : Chapter 11 |
|  | : |
| AMERICAN TOOL & MOLD, INC, *et al*.[1] | : Case No. 8:26-bk-04159 |
|  | : Jointly Administered |
| Debtors. | : |
|  | : Judge Luis Ernesto Rivera II |

-----------------------------------------------------------x

**ORDER GRANTING DEBTORS' MOTION FOR LEAVE TO FILE *INSTANTER***
**DEBTORS' OMNIBUS RESPONSE IN OPPOSITION TO EVERBANK, N.A.'S:**
**(I)   EMERGENCY MOTION FOR APPOINTMENT OF CHAPTER 11 TRUSTEE**
**(Doc. No. 18);**
**(II)   EMERGENCY MOTION TO EXCUSE RECEIVER FROM COMPLIANCE**
**WITH TURNOVER REQUIREMENTS AND TO ESTABLISH POWERS AND**
**DUTIES OF RECEIVER PURUSANT TO 11 U.S.C § 543(d)(1) (Doc. No. 20);**
**AND**
**(III)   EMERGENCY MOTION TO PROHIBIT USE OF CASH COLLATERAL**
**(Doc. No. 23)   [Doc. 151]**

---

[1] The Debtors in these chapter 11 cases are as follows:  American Tool & Mold, Inc., USA Manufacturing Solutions, LLC (Case No. 8:26-bk-04149), ATM Investment Property 1700, LLC (Case No. 8:26-bk-04148), American Tool & Mold, LLC (Case No. 8:26-bk-04147), American Technical Molding, Inc. (Case No. 8:26-bk-04146), and American Tech Medical, Inc. (Case No. 8:26-bk-04161).

21625035

THIS MATTER came before the Court on the *Debtors' Motion for Leave to File Instanter Debtors' Omnibus Response in Opposition to Everbank,N.A.'s: (I) Emergency Motion for Appointment of Chapter 11 Trustee (Doc. No. 18); (II) Emergency Motion to Excuse Receiver from Compliance with Turnover Requirements and to Establish Powers and Duties of Receiver Pursuant to 11 U.S.C. § 543(d)(1) (Doc. No. 20); and (III) Emergency Motion to Prohibit Use of Cash Collateral (Doc. No. 23) [Doc. 151].* The Court having reviewed the Motion and the relief requested therein, hereby FINDS that the relief requested therein is just and proper pursuant to Bankruptcy Code Section 105(a) and Bankruptcy Rule 9006(b). Accordingly, it is hereby

ORDERED:

1.      The Motion is GRANTED in its entirety.

2.      Unless otherwise defined or stated herein, all capitalized terms used herein shall have the meanings ascribed to them in the Motion.

3.      Debtors are granted leave to file their Omnibus Response in Opposition to Everbank, N.A.'s (I) Emergency Motion for Appointment of Chapter 11 Trustee (Doc. No. 18); (II) Emergency Motion to Excuse Receiver from Compliance with Turnover Requirements and to Establish Powers and Duties of Receiver Pursuant to 11 U.S.C. § 543(d)(1) (Doc. No. 20); and (III) Emergency Motion to Prohibit Use of Cash Collateral (Doc. No. 23) [Doc. 151].

# # #

Daniel A. DeMarco is directed to serve a copy of this Order on interested parties who do not receive service by CM/ECF and to file a proof of service within three days of entry of this Order.

21625035